

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-21-00085-CV

CHARMINE WILLIAMS, APPELLANT

V.

EMILY'S RENTALS, APPELLEE

On Appeal from the County Court at Law No. 1
Bell County, Texas
Trial Court No. 90872, Honorable Jeanne Parker, Presiding

August 31, 2021

MEMORANDUM OPINION

Before PIRTLE and PARKER and DOSS, JJ.

Appellant, Charmine Williams, appeals from the trial court's *Final Judgment*.[1] Williams's brief was originally due August 5, 2021, but was not filed. By letter of August 12, 2021, we notified Williams that the appeal was subject to dismissal for want of

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001 (West 2013).

prosecution, without further notice, if a brief was not received by August 23.  To date, Williams has not filed a brief or had any further communication with this Court.

Accordingly, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam